Ismail Ramsey (Cal. Bar No. 189820)
izzy@ramsey-ehrlich.com
Katharine Kates (Cal. Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 548-3600
Fax:              (510) 291-3060

*Attorneys for Defendant Benford Chavis*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-17-00134 HSG |
| Plaintiff, | **STIPULATION REGARDING REQUEST FOR FINDINGS OF EXCLUDABLE TIME PERIOD PURSUANT TO SPEEDY TRIAL ACT AND ORDER** |
| vs. | |
| BENFORD CHAVIS, | |
| Defendant. | |

Defendant Benford Chavis by and through his counsel of record, Ismail J. Ramsey and Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Northern District of California and Assistant United States Attorneys Garth Hire and Katherine M. Lloyd-Lovett, hereby stipulate as follows:

1. The parties hereby stipulate and agree that the time between September 24, 2018, and December 3, 2018, should be excluded for effective preparation of counsel and due to the complexity of the case under the Speedy Trial Act.

2. As described at the status conference held on September 24, 2018, the government has produced voluminous discovery to the defense. The defense is engaged in reviewing that discovery and requires additional time to review and analyze the discovery, meet with defendant, and discuss the case with defendant. The parties believe that a continuance will allow for the continued provision and review of discovery and for the parties to discuss potential resolution of the case.

3. Counsel for defendant also represents that failure to grant the continuance would deny reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Counsel for defendant agrees that the requested exclusion of time is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the government to obtain available witnesses. Thus, the time period from September 24, 2018, through December 3, 2018, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv).

4. The parties further stipulate and agree that the ends of justice served by excluding the time from September 24, 2018, through December 3, 2014, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(ii), (iv).

5. Counsel for defendant represents that he has fully informed his client of his Speedy Trial rights and that, to his knowledge, his client understands those rights and agrees to waive them. Defense counsel further believes that his client's decision to give up the right to be brought to trial earlier than if time were not excluded from the Speedy Trial Act is an informed and voluntary one.

1    6. Nothing in this stipulation shall preclude a finding that other provisions of the
2    Speedy Trial Act dictate that additional time periods be excluded from the period within
3    which trial must commence. Moreover, the same provisions and/or other provisions of
4    the Speedy Trial Act may in the future authorize the exclusion of additional time periods
5    from the period within which trial must commence.

6    7.  The parties further note that at the status conference held on September 24,
7    2018, defense counsel made an oral motion to waive the defendant's appearance at that
8    hearing and that the Court granted that motion.

         SO STIPULATED


DATED:                                    ALEX G. TSE
                                          Acting United State Attorney

                                          _____/s/_____.
                                          Garth Hire
                                          Katherine M. Lloyd-Lovett
                                          Assistant United States Attorneys

DATED:                                    _____/s/_____.
                                          Ismail Ramsey
                                          Katharine Kates
                                          RAMSEY & EHRLICH LLP
                                          Attorneys for Benford Chavis

DATED:                                    _____.
                                          Defendant Benford Chavis

*UNITED STATES V. BENFORD CHAVIS;* **CR 17-00134 HSG**

- 3 -

**ORDER**

The Court affirms its Order made on the oral motion of defense counsel to waive appearance of defendant at the hearing on September 24, 2018.

The Court has read and considered the Stipulation Findings of Excludable Time Period Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.  The Court further finds that failure to grant the continuance would deny defense and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

The time period of September 24, 2018, to December 3, 2018, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv). Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

SO ORDERED

DATED:  October 11, 2018

_Haywood S. Gilliam Jr._
The Honorable Haywood S. Gilliam, Jr.
United States District Judge